# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON J. WEATHERS, | ) | |
| Petitioner, | ) | 8:19CV296 |
| v. | ) | |
| SCOTT FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent shall respond to Petitioner's motion for leave to amend (filing no. 9) on or before September 4, 2019.

DATED this 22nd day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge