# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| BRANDON J. WEATHERS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:19CV296 |
| v. | ) | |
| SCOTT FRAKES, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) The Petitioner's Motion for Leave of Court to Amend (filing no. 9) is granted.

(2) Filing no. 9-1 shall be the operative Petition.

(3) The Court will conduct an initial review of the Amended Petition (filing no. 9-1) in due course and thereafter issue a progression order if necessary. All dates set out in the initial progression order are canceled.

DATED this 26th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge