# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON J. WEATHERS, | ) | |
| | ) | |
| Petitioner, | ) | 8:19CV296 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

The Petitioner has filed a "Traverse of Petitioner" (Filing no. 18) which was filed on November 7, 2019. Petitioner has also filed a Motion for Leave of Court to File Additional Documents (Filing no. 17).

IT IS ORDERED that:

(1) The Respondent may respond to the Motion for Leave of Court to File Additional Documents (Filing no. 17) no later than November 18, 2019.

(2) The Court is considering Petitioner's "Traverse of Petitioner" (Filing no. 18) to be his brief as required by Filing no. 14, paragraph 4.D. If Petitioner did not intend the "Traverse" to be his brief, Petitioner is reminded that he has until the close of business on November 18, 2019, to submit his brief.

DATED this 7th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge