IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON J. WEATHERS, | ) | 8:19CV296 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion for Extension of Time (First Request) (Filing no. 22) is granted. Respondent shall file his Reply Brief on or before January 17, 2020.

DATED this 16th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge