IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRANDON J. WEATHERS, | |
|---|---|
| Petitioner, | 8:19CV296 |
| vs. | |
| SCOTT FRAKES, | MEMORANDUM AND ORDER |
| Respondent. | |

In the progression order in this case, Filing no. 7, there was no provision authorizing the Petitioner to file motions for summary judgment. Therefore, the motions for summary judgment and for expedited review will be denied. However, to the extent that those motions raise genuine issues of material fact, I may consider them.

IT IS ORDERED that the motion for partial summary judgment, Filing no. 21, the objection to further extensions of time, Filing no. 24, the motion for expedited review of partial summary judgment, filing no. 25, and the motion for summary judgment, Filing no. 27, are denied. Petitioner is reminded that only filings permitted by the progression order are authorized at this time.

Dated this 3rd day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge