# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON J. WEATHERS,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>    Respondent. | 8:19CV296<br><br>**ORDER** |

  IT IS ORDERED that Petitioner's Motion for Reconsideration, Filing no. 32, is denied.

  Dated this 20th day of February, 2020.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge